[No. 17608–1–I.   Division One.   January 4, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY MICHAEL TEVOGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-01934-9, Frank H. Roberts, Jr., J., entered November 13, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, J., and Schumacher, J. Pro Tem.

[No. 9621–8–II.   Division Two.   January 5, 1988.]

WILLAMETTE CENTRAL CORPORATION, *Appellant*, v. UHS OF CENTRALIA, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 83-2-00656-1, David R. Draper, J., entered February 10, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Alexander, J.

[No. 18579–9–I.   Division One.   January 6, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY LEE CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-00692-0, Frank L. Sullivan, J., entered June 2, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Coleman, J.